UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60935-Civ-Seitz/O'Sullivan

SANDRA W. FILLICHIO,

   Plaintiff,

v.

COLLECTCORP CORPORATION

   Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dayle M. Van Hoose, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Sessions, Fishman & Nathan, LLP |
| Fort Lauderdale, Florida  33339 | Suite 300S |
| Telephone: 954-537-2000 | 9009 Corporate Lake Drive |
| Facsimile: 954-566-2235 | Tampa, FL 33634 |
| | Telephone: 813-890-2463 |
| | Facsimile: 813-889-9757 |

By:  /s/ Donald A. Yarbrough          By: /s/ Dayle M. Van Hoose
Donald A. Yarbrough, Esq.             Dayle M. Van Hoose, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60935-Civ-Seitz/O'Sullivan

SANDRA W. FILLICHIO,

    Plaintiff,

v.

COLLECTCORP CORPORATION,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 26, 2009,</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                <u>s/Donald A. Yarbrough</u>
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Dayle M. Van Hoose, Esq.
Sessions, Fishman & Nathan, LLP
Suite 300S
9009 Corporate Lake Drive
Tampa, FL 33634
Telephone: 813-890-2463
Facsimile: 813-889-9757

<u>Via Notices of Electronic Filing generated by CM/ECF</u>