UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60935-CIV-SEITZ/O'SULLIVAN

SANDRA W. FILLICHIO

        Plaintiff,

v.

COLLECTCORP CORP.,

        Defendant.
_____/

## FINAL DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice [DE 9], indicating that the parties have amicably resolved all claims in this matter. Upon review, it is hereby

ORDERED that

(1) This action is DISMISSED WITH PREJUDICE.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 27th day of August, 2009.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record